UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SAMUEL R. PARKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:02-CV-293 |
| ) | (Phillips/Shirley) |
| BLUE RIDGE FOODS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

There being no timely objections by either party, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc. 146] filed by the Honorable C. Clifford Shirley, Jr., United States Magistrate Judge, on July 19, 2005, is hereby **ACCEPTED IN WHOLE** whereby plaintiff's motion for attorney fees [Doc. 127] is **GRANTED.** Plaintiff Samuel R. Parkey shall be awarded **$99,842.40** in attorneys' fees.

IT IS SO ORDERED.

ENTER:

s/ Thomas W. Phillips
United States District Judge